Western District of the arkansas Federal court
District Division

Plantiff Steve L mason
VS
defendent marion county detention center
Lt cassie Foster

Civil suit

Pro-se complaint

Good day your Honor this Jail here at the marion county detention center is ran by a Lt cassie Foster Jail administrater it the Jail at full capacity holds 100 inmates that does not includ any inmates that may be Laying on the Floor and there is NO Nurse or NP or Docter. there is no 7AM to 10PM nurse or NP or Docter what so ever that leaves the officers to pass out medications twice a day these officers are not medicaly trained or Qualified to hand out medicine of any Kind. if you need to see a nurse or NP they call her her name is L. vargas you have to put in a medical Request that may get answered the same day or a week later you never realy know and in order to see her you also have to pay 20 dollars

turn over

so if you know your going to have a headache this coming friday you need to put in a medical request no later then monday. now i could be wrong however i do beleave that a Jail this side of a 100 inmates by Law has to have at Least a nurse from 7AM to 10PM then one on call from 10PM to 7AM. because of this issue alot of inmates Like myself refuse to take our meds because officers that are not any type of medical staff hand out all medications. Im on a heart pill so i dont have a stroke my heart is in a fib i take a pill of dizzyness and blacking out a pain pill a nerve damage pill High Blood presure pill a inhaler and what ever pills the officer hands you you have to take or you get a ticket and get in trouble staff officers are always handing out the wrong meds this needs to stop we I need a real nurse here i can trust to give me my correct medications

Thank you Your Honor

Monetary relief well thats up to a Jury I suppose it will be alot if i have a stroke and Die Right

Steve marsec 125510
221 randolpH rd
Yellville ar
72687

NW ARKANSAS AR 727
6 NOV 2026 PM 1 L

1776 ★ 2026
USA FOREVER

Western District of the arkansas Federal court
Judge Issac c Parker Fed building
30 South 6tH street Room 1038
Fort smitH ar 72901

72901-243753

Legal mail